AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| TAMARA WYCHE<br>897 St. Johns Place<br>Brooklyn, NY 11216<br><br>*Plaintiff(s)*<br>v.<br>NEW YORK STATE BOARD OF LAW EXAMINERS;<br>JOHN J. MCALARY; DIANE BOSSE; BRYAN<br>WILLIAMS; ROBERT MCMILLEN; E. LEO MILONAS;<br>MICHAEL COLODNER, 254 Albany Avenue Ext.,<br>Albany, NY 12203<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:16-cv-3029<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* New York State Board of Law Examiners
254 Albany Avenue Extension
Albany, NY 12203

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



DOUGLAS C. PALMER
*CLERK OF COURT*

Date: 6/10/2016                               s/Priscilla Bowens
                                              *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| TAMARA WYCHE<br>897 St. Johns Place<br>Brooklyn, NY 11216<br><br>*Plaintiff(s)*<br>v.<br>NEW YORK STATE BOARD OF LAW EXAMINERS;<br>JOHN J. MCALARY; DIANE BOSSE; BRYAN<br>WILLIAMS; ROBERT MCMILLEN; E. LEO MILONAS;<br>MICHAEL COLODNER, 254 Albany Avenue Ext.,<br>Albany, NY 12203<br><br>*Defendant(s)* | Civil Action No. 1:16-cv-3029 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Diane Bosse
New York State Board of Law Examiners
254 Albany Avenue Extension
Albany, NY 12203

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



DOUGLAS C. PALMER
*CLERK OF COURT*

Date: 6/10/2016       s/Priscilla Bowens
                      *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| TAMARA WYCHE<br>897 St. Johns Place<br>Brooklyn, NY 11216<br><br>*Plaintiff(s)*<br>v.<br>NEW YORK STATE BOARD OF LAW EXAMINERS;<br>JOHN J. MCALARY; DIANE BOSSE; BRYAN<br>WILLIAMS; ROBERT MCMILLEN; E. LEO MILONAS;<br>MICHAEL COLODNER, 254 Albany Avenue Ext.,<br>Albany, NY 12203<br>*Defendant(s)* | Civil Action No. 1:16-cv-3029 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Michael Colodner
New York State Board of Law Examiners
254 Albany Avenue Extension
Albany, NY 12203

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



DOUGLAS C. PALMER
*CLERK OF COURT*

Date: 6/10/2016                             s/Priscilla Bowens
                                            *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| TAMARA WYCHE<br>897 St. Johns Place<br>Brooklyn, NY 11216<br><br>*Plaintiff(s)*<br>v.<br>NEW YORK STATE BOARD OF LAW EXAMINERS;<br>JOHN J. MCALARY; DIANE BOSSE; BRYAN<br>WILLIAMS; ROBERT MCMILLEN; E. LEO MILONAS;<br>MICHAEL COLODNER, 254 Albany Avenue Ext.,<br>Albany, NY 12203<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:16-cv-3029 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* John J. McAlary
New York State Board of Law Examiners
254 Albany Avenue Extension
Albany, NY 12203

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



DOUGLAS C. PALMER
*CLERK OF COURT*

Date: 6/10/2016

s/Priscilla Bowens
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| TAMARA WYCHE<br>897 St. Johns Place<br>Brooklyn, NY 11216<br><br>*Plaintiff(s)*<br>v.<br>NEW YORK STATE BOARD OF LAW EXAMINERS;<br>JOHN J. MCALARY; DIANE BOSSE; BRYAN<br>WILLIAMS; ROBERT MCMILLEN; E. LEO MILONAS;<br>MICHAEL COLODNER, 254 Albany Avenue Ext.,<br>Albany, NY 12203<br>*Defendant(s)* | Civil Action No. 1:16-cv-3029 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Robert McMillen
New York State Board of Law Examiners
254 Albany Avenue Extension
Albany, NY 12203

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



DOUGLAS C. PALMER
*CLERK OF COURT*

Date: 6/10/2016          s/Priscilla Bowens
                          *Signature of Clerk or Deputy Clerk*

Case 1:16-cv-03029-RJD-RLM   Document 2   Filed 06/10/16   Page 6 of 7 PageID #: 35

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

TAMARA WYCHE
897 St. Johns Place
Brooklyn, NY 11216

*Plaintiff(s)*

v.

NEW YORK STATE BOARD OF LAW EXAMINERS;
JOHN J. MCALARY; DIANE BOSSE; BRYAN
WILLIAMS; ROBERT MCMILLEN; E. LEO MILONAS;
MICHAEL COLODNER, 254 Albany Avenue Ext.,
Albany, NY 12203

*Defendant(s)*

Civil Action No. 1:16-cv-3029

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* E. Leo Milonas
New York State Board of Law Examiners
254 Albany Avenue Extension
Albany, NY 12203

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: 6/10/2016

s/Priscilla Bowens
*Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| TAMARA WYCHE<br>897 St. Johns Place<br>Brooklyn, NY 11216<br><br>*Plaintiff(s)*<br>v.<br>NEW YORK STATE BOARD OF LAW EXAMINERS;<br>JOHN J. MCALARY; DIANE BOSSE; BRYAN<br>WILLIAMS; ROBERT MCMILLEN; E. LEO MILONAS;<br>MICHAEL COLODNER, 254 Albany Avenue Ext.,<br>Albany, NY 12203<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:16-cv-3029<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Bryan Williams
New York State Board of Law Examiners
254 Albany Avenue Extension
Albany, NY 12203

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: 6/10/2016

s/Priscilla Bowens
*Signature of Clerk or Deputy Clerk*