

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ERIC T. SCHNEIDERMAN
ATTORNEY GENERAL

KENT T. STAUFFER
EXECUTIVE DEPUTY ATTORNEY GENERAL
DIVISION OF STATE COUNSEL

LISA R. DELL
ASSISTANT ATTORNEY GENERAL IN CHARGE
LITIGATION BUREAU

WRITER'S DIRECT DIAL
(212) 416-6203

August 12, 2016

**By ECF**
The Honorable Raymond J. Dearie
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *Wyche v. N.Y.S. Board of Law Examiners, et al.*
1:16-cv-03029-RJD-RLM (EDNY)

Dear Judge Dearie:

The New York State Attorney General's Office represents Defendants New York State Board of Law Examiners ("BOLE"), John J. McAlary, Diane Bosse, Bryan Williams, Robert McMillen, E. Leo Milonas, and Michael Colodner in the above-referenced civil action. A "Waiver of the Service of Summons" has been executed on behalf of each of the defendants. Pursuant to the waivers, the deadline to respond to the complaint for BOLE and Mr. McAlary is August 22, 2016; the deadline to respond to the complaint for all other defendants is September 13, 2016. We respectfully request an extension of time for BOLE and Mr. McAlary to respond to the complaint until September 13, 2016, providing all defendants with the same deadline.

This is the first request for an extension of time. Counsel for Plaintiff has consented to this extension. There are presently no other scheduled dates that will be impacted by this extension request.

Page 2

We thank the Court for its attention to this matter.

Respectfully submitted,

*Michelle R. Lambert*

Michelle R. Lambert
Assistant Attorney General

cc: Joanne Simon, Esq. (by ECF)
    Mary Caroline Vargas, Esq. (by ECF)