IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| TAMARA WYCHE, <br><br> Plaintiff, <br><br> v. <br><br> NEW YORK STATE BOARD OF LAW EXAMINERS; JOHN J. MCALARY, as Executive Director, New York State Board of Law Examiners; DIANE BOSSE, Individually and as Chair, New York State Board of Law Examiners; BRYAN WILLIAMS, Individually and as Member, New York State Board of Law Examiners; ROBERT MCMILLEN, Individually and as Member, New York State Board of Law Examiners; E. LEO MILONAS, Individually and as Member, New York State Board of Law Examiners; MICHAEL COLODNER, Individually and as Member, New York State Board of Law Examiners, <br><br> Defendants. | No.: 1:16-cv-3029 (RJD) (RLM) <br><br> NOTICE OF CHANGE OF EMAIL ADDRESS |

 PLEASE TAKE NOTICE that JO ANNE SIMON, ESQ., co-counsel for Plaintiff, Tamara Wyche, submits this notification that her email address has changed from simon.joanne@verizon.net to joanne@joannesimon.com.  As of today, August 29, 2016, all future notices and communications should be directed to joanne@joannesimon.com.

Dated:    Brooklyn, New York
          August 29, 2016

                                        Respectfully submitted,

                                        s/ Jo Anne Simon
                                        Jo Anne Simon, Esq. (JS-2793)
                                        Jo Anne Simon P.C.
                                        356 Fulton Street, 3rd Floor
                                        Brooklyn, N.Y. 11201
                                        Phone: 718-852-3528

                                        Fax: 718-875-5728
                                        JoAnne@JoAnneSimon.com
                                        *Attorneys for Plaintiff*

TO:    MICHELLE R. LAMBERT
         Assistant Attorney General
         120 Broadway, 24th Floor
         New York, New York 10271
         Phone: 212-416-6203
         Fax: 212-416-6075
         Michelle.Lambert@ag.ny.gov
         *Attorneys for Defendants*