# JO ANNE SIMON, P.C.

356 Fulton Street, 3rd Floor
Brooklyn, New York 11201
www.joannesimon.com

(718) 852-3528 (V/TTY)                                              Admitted NY & NJ Bars
(718) 875-5728 (FAX)

December 9, 2016

**<u>Via Overnight Delivery and Electronic Mail</u>**

Michelle R. Lambert
Assistant Attorney General
120 Broadway
New York, New York 10271-0332

      Re:      ■■■■■■ v. NYS Bd. of Law Examiners, et al, No. 1:16-cv-03029 (RJD)

Dear Counsel:

This office represents Plaintiff ■■■■■■■■■ in the above-referenced action. I have enclosed the following documents: (1) Plaintiff's Memorandum of Law in Opposition of Defendants' Motion to Dismiss, and (2) Exhibit 1 to Plaintiff's Memorandum of Law in Opposition of Defendants' Motion to Dismiss. Pursuant to our telephone conversation today, thank you for extending us the courtesy of accepting this memorandum (without the tables) and consenting to our sending you two revised copies of the memorandum (including the tables) next week.

                                                     Very truly yours,

                                                     Jo Anne Simon

Cc:    Mary C. Vargas
        Stein & Vargas, LLP
        1155 F Street, NW
        Washington, DC 20004