ROANNE L. MANN
UNITED STATES MAGISTRATE JUDGE

DATE: March 16, 2018
START: 12:30 pm
END: 12:40 pm

DOCKET NO: 16 cv 3029
CASE: TW v. NYS Board of Law Examiners

- [ ] INITIAL CONFERENCE
- [x] DISCOVERY CONFERENCE
- [ ] SETTLEMENT CONFERENCE
- [x] MOTION HEARING
- [ ] OTHER/ORDER TO SHOW CAUSE
- [ ] FINAL/PRETRIAL CONFERENCE
- [x] TELEPHONE CONFERENCE
- [ ] INFANT COMPROMISE HEARING

| PLAINTIFF | ATTORNEY |
|---|---|
|  | Martha Lafferty |

| DEFENDANT | ATTORNEY |
|---|---|
|  | Elizabeth Figueira |

- [x] Limited jurisdictional DISCOVERY TO BE COMPLETED BY April 30, 2018
- [ ] NEXT _____ CONFERENCE SCHEDULED FOR _____
- [ ] JOINT PRE-TRIAL ORDER TO BE FILED VIA ECF BY _____
- [ ] PL. TO SERVE DEF. BY: _____    DEF. TO SERVE PL. BY: _____

RULINGS: PLEASE TYPE THE FOLLOWING ON DOCKET SHEET

The Court grants plaintiff's motion to extend the deadline for limited jurisdictional discovery, but only to the extent consented to by defendants, April 30, 2018. With defendants' consent, the Court rules that if Judge Dearie sustains plaintiff's as-yet-to-be-filed objection to this Court's 3/12/18 Memorandum and Order, plaintiff will be permitted to conduct supplemental depositions of witnesses who testify subject to the limitations set by this Court, and discovery may have to be further extended. This ruling and

Those limitations apply to the Rule 30(b)(6) witnesses and any witness testifying in a personal capacity as to similar financing topics.

The parties are urged to promptly file plaintiff's objections and defendants' response thereto.