# STEIN & VARGAS LLP

Overcoming Barriers | Ensuring Communication | Creating Access

June 7, 2021

VIA CM/ECF
Honorable Raymond J. Dearie
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re: *T.W. v. New York State Bd. of Law Exam'rs*, 1:16-cv-03029(RJD)(RLM)

Dear Judge Dearie

    On June 3, 2021, the Court entered a docket entry stating that "[i]n light of the Second Circuit's mandate, the Court will issue a memorandum and order on Defendant's Motion to Dismiss Plaintiff's remaining Title II claim under the ADA."

    The Second Circuit has not yet issued a mandate in this case. Plaintiff filed petitions for panel rehearing and rehearing *en banc*, and *amici curiae* have filed a brief requesting that the case be reheard.

    Plaintiff's counsel respectfully requests that once the mandate issues, this Court schedule a status conference.

                                      Sincerely,

                                        Michael Steven Stein, Esq.
                                        Mary Vargas, Esq.
                                        Stein & Vargas, LLP
                                        10 G Street NE, Suite 600
                                        Washington, DC 20002
                                        (202) 510-9553 (Direct)
                                        (888) 778-4620 (Facsimile)
                                        michael.stein@steinvargas.com
                                        mary.vargas@steinvargas.com

Jo Anne Simon
Mary Goodwin-Oquendo
Jo Anne Simon P.C.
99 Park Avenue, Suite 1510
New York, NY 10016

*Counsel for Plaintiff*

CC: All Counsel via CM/ECF