

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

Writer's Direct Dial: (212) 416-8528

August 4, 2021

**EMAIL and MAIL**
Jo Anne Simon
Jo Anne Simon P.C.
356 Fulton Street, 3rd Floor
Brooklyn, NY 11201
Tel: 718-852-3528
JoAnne@joannesimon.com

Re: *T.W. v. NYS Board of Law Examiners, et al.*
1:16-cv-03029 (RJD) (RLM)

Dear Jo Anne:

Our office represents Defendants New York State Board of Law Examiners and the individually named Board members (collectively "Defendants") in the above-referenced action. In accordance with Judge Dearie's Individual Motion Practices (III, §D), I have enclosed the Defendants' Second Supplemental Memorandum of Law in Further Support of Defendants' Motion to Dismiss, dated August 4, 2021. An electronic copy has been emailed to all noticed counsel on ECF this afternoon. A hard copy will be delivered to your office.

Sincerely,

s/ *Elizabeth A. Figueira*

Elizabeth A. Figueira
Assistant Attorney General

cc: All counsel via ECF (cover only)
Ellen Mulqueen (via ECF and mail)
225 Cadman Plaza East, Brooklyn, NY 11201