# STEIN & VARGAS LLP

Overcoming Barriers | Ensuring Communication | Creating Access

August 26, 2021

VIA CM/ECF
Honorable Raymond J. Dearie
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *T.W. v. New York State Bd. of Law Exam'rs*, 1:16-cv-03029(RJD)(RLM)

Dear Judge Dearie

    The undersigned write to request permission to file an overlength brief in response to the Supplemental Briefing filed by Defendants on August 4, 2021. Plaintiff's response is due on August 31, 2021, and must address issues of significant constitutional importance that per precedent require multi-step analysis. Plaintiff contacted defense counsel, Ms. Figueira in regards to this request and Ms. Figueira responded that her client takes no position on Plaintiff's request. Therefore, Plaintiff requests leave to file briefing of thirty-five (35) pages or less.

    Sincerely,

Michael Steven Stein, Esq.
Mary Vargas, Esq.
Stein & Vargas, LLP
10 G Street NE, Suite 600
Washington, DC 20002
(202) 510-9553 (Direct)
(888) 778-4620 (Facsimile)
michael.stein@steinvargas.com
mary.vargas@steinvargas.com

Jo Anne Simon

Mary Goodwin-Oquendo
Jo Anne Simon P.C.
99 Park Avenue, Suite 1510
New York, NY 10016

*Counsel for Plaintiff*

CC: All Counsel via CM/ECF