# STEIN & VARGAS LLP

## Overcoming Barriers | Ensuring Communication | Creating Access

September 20, 2021

<u>VIA ELECTRONIC MAIL AND FEDEX DELIVERY</u>
Elizabeth Figueira, Assistant Attorney General
New York State Office of the Attorney General
28 Liberty Street, 16th Floor
New York, NY 10005

Re:    *T.W. v. New York Board of Law Examiners, et al.*
       Corrected Response Brief

Dear Ms. Figueira:

Attached please find a corrected version of Plaintiff's Brief in Opposition to Defendants' Supplemental Briefing. This letter is being filed today via CM/ECF and you are receiving an electronic copy of Plaintiff's corrected briefing as well as a hard copy via FedEx delivery.

Sincerely,

Michael Steven Stein, Esq.
Mary Vargas, Esq.
Stein & Vargas, LLP
10 G Street NE, Suite 600
Washington, DC 20002
(202) 510-9553 (Direct)
(888) 778-4620 (Facsimile)
michael.stein@steinvargas.com
mary.vargas@steinvargas.com

cc:

Ellen Mulqueen, Case Manager
Chambers of Judge Raymond J. Dearie
United States District Court
225 Cadman Plaza East
Brooklyn, NY 11201