

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

Writer's Direct Dial: (212) 416-8528

September 28, 2021

**BY ECF**
Honorable Raymond J. Dearie
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re: <u>T.W. v. NYS Board of Law Examiners, et al.</u>, 16-cv-03029 (RJD) (MMH)

Dear Judge Dearie:

    Our Office represents Defendants New York State Board of Law Examiners and the individually-named Board members (collectively "the Board") in the above-referenced action. I respectfully write to request a second extension of time for the submission of the Board's reply from October 11, 2021 to October 15, 2021.

    Pursuant to the Court's July 14, 2021 docket entry, the Board served their supplemental memorandum of law on August 4, 2021. Plaintiff T.W. served her opposition on August 31, 2021 and then served a corrected memorandum of law on September 20, 2021, after obtaining the Court's consent on September 17, 2021. (ECF 107). The current deadline for the Board's reply is October 11, 2021, which the Court set after counsel noted medical and professional issues that complicated the completion of this briefing. (*See* ECF 105).

    The Board requests a brief four-day extension to October 15, 2021 for the reply and the filing of the complete set of papers on PACER. These additional days will allow for time to review and finalize papers after a lengthy recovery. T.W. has graciously consented to this second request, and there are no other deadlines that would be impacted by this extension.

    The Board thanks the Court for its continued consideration in this matter.

                                        Sincerely,

                                        s/ *Elizabeth A. Figueira*
                                        Elizabeth A. Figueira
                                        Assistant Attorney General