

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

Writer's Direct Dial: (212) 416-8528

October 15, 2021

**BY ECF**
Honorable Raymond J. Dearie
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    *T.W. v. NYS Board of Law Examiners, et al.*, 16-cv-03029 (RJD) (MMH)

Dear Judge Dearie:

    Our Office represents Defendants New York State Board of Law Examiners and the individually-named Board members (collectively "Defendants") in the above-referenced action. In accordance with the Court's Individual Motion Practices (III, §D), the following courtesy copies will be delivered to the Court on Monday, October 18, 2021:

(1) Defendants' Second Supplemental Memorandum of Law in Further Support of Defendants' Motion to Dismiss, dated August 4, 2021;
(2) Plaintiff's Memorandum of Law in Opposition to Defendants' Supplemental Motion to Dismiss with Exhibits A-MM, dated September 20, 2021; and
(3) Defendants' Second Supplemental Reply in Further Support of Defendants' Motion to Dismiss, dated October 15, 2021.

    With the filing of these documents, Defendants' motion to dismiss (ECF 16, 38) is now complete. The parties thank the Court for its continued consideration in this matter.

    Sincerely,

    s/ *Elizabeth A. Figueira*
    Elizabeth A. Figueira
    Assistant Attorney General

cc:    All counsel (via ECF)
       Magistrate Marcia M. Henry (cover only via hand delivery)
          225 Cadman Plaza East, Brooklyn, NY 11201