# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| T.W.<br><br>    Plaintiff,<br><br>          v.<br><br>NEW YORK STATE BOARD<br>OF LAW EXAMINERS, *et al.*<br><br>    Defendants. | Case No.: 1:16-cv-03029 |

## **NOTICE OF APPEAL**

Notice is given that Plaintiff T.W. appeals to the United States Court of Appeals for the Second Circuit from the District Court's July 19, 2022 Memorandum & Order granting Defendants' motion to dismiss [Doc. No. 113] and the District Court's July 20, 2022 entry of judgment [Doc. No. 114] that was filed on July 21, 2022.

Date: August 1, 2022

Respectfully Submitted,

/s/ Michael Steven Stein
Michael Steven Stein, Esq.
Mary Vargas, Esq.
Stein & Vargas, LLP
10 G Street NE, Suite 600
Washington, DC 20002
(202) 510-9553 (Direct)
(888) 778-4620 (Facsimile)
michael.stein@steinvargas.com
mary.vargas@steinvargas.com

Jo Anne Simon
Jo Anne Simon P.C.
99 Park Avenue, Suite 1510
New York, NY 10016
JoAnne@joannesimon

*Counsel for Plaintiff*

# CERTIFICATE OF SERVICE

The foregoing has been filed via CM/ECF with copies sent via CM/ECF to all counsel of record.

<u>s/Michael Steven Stein</u>
Michael Steven Stein